**United States Department of Justice**

THE UNITED STATES ATTORNEY'S OFFICE
# DISTRICT of MARYLAND

U.S. Attorneys » District of Maryland

# News

PRESS LINE

410-209-4885

Archive (News prior to 2013)

Wednesday, May 15, 2013
Montgomery County Man Faces Federal Indictment For Attempted Sex Trafficking And Interstate Transportation For Prostitution

Wednesday, May 15, 2013
Upper Marlboro Drug Dealer Exiled To Over 15 Years In Prison

Tuesday, May 14, 2013
DMI Gang Member Exiled to 16 Years in Prison for Racketeering, Including a Murder

Tuesday, May 14, 2013
Lusby Man Sentenced To 6 Years In Prison For Possession And Distribution Of Child Pornography

Tuesday, May 14, 2013
Drug Trafficker In Eastern Shore Ring Sentenced To 16 Years In Prison

Tuesday, May 14, 2013
Carroll County Company Founder Pleads Guilty To $1.9 Million Securities Fraud

Monday, May 13, 2013
Eastern Shore Drug Distributor Pleads Guilty

Wednesday, May 8, 2013
Former Firefighter Pleads Guilty To Production And Possession Of Child Pornography

Wednesday, May 8, 2013
New York Pimp Convicted In Maryland For Sex Trafficking And Gun Crimes

Wednesday, May 8, 2013

Upper Marlboro, Maryland Couple Sentenced To Prison For Harboring A Filipino Woman In Their Home For More Than 10 Years

Wednesday, May 8, 2013
21 Alleged Bloods Gang Members And Associates Indicted For Federal Criminal Conspiracies Based In Howard County

Monday, May 6, 2013
Armed Career Criminal Exiled To 15 Years In Prison

Monday, May 6, 2013
Two Members Of A Pickpocket Crew Plead Guilty To

Monday, May 6, 2013
Former Maryland National Guard Employee At Aberdeen Proving Ground Sentenced To Prison For Fraud Scheme With Losses Of Over $107,000

Wednesday, May 1, 2013
Six Veterans Plead Guilty To Fraudulently Obtaining Over $500,000 In Veterans Benefits

Tuesday, April 30, 2013
Two Former Special Agents With Department Of Commerce Office Of Inspector General Plead Guilty To Submitting False Claims For Relocation Expenses And Time And Attendance Fraud

Monday, April 29, 2013
Landover Woman Indicted For Allegedly Embezzling Over $453,000 From Her Employer

Friday, April 26, 2013
In Recognition Of The 13th Annual World Intellectual Property Day Maryland U.S. Attorney's Office Highlights Recent Cases

Friday, April 26, 2013
Baltimore Man Exiled To Over 12 Years For Armed Robberies

Thursday, April 25, 2013
Bureau of Prisons Employee Admits Receiving Unlawful Gratuities

Wednesday, April 24, 2013
Frederick Sex Offender Sentenced To 10 Years In Prison For Possessing Child Pornography

Wednesday, April 24, 2013
Leaders in Broadway Document Mill Sentenced to Prison

Tuesday, April 23, 2013
13 Correctional Officers among 25 Alleged BGF Gang Members And Associates Indicted on Federal Racketeering Charges

Tuesday, April 23, 2013